# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-50131
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 21, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CHARLES MARRION HARDING,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:10-CR-1376-1

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Charles Marrion Harding, federal prisoner # 06729-078, appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion for a sentencing reduction based on Amendment 782 to the Sentencing Guidelines. On September 23, 2016, before this case was decided, Harding was released from federal custody. "Where a defendant has begun serving a term of supervised release, the appeal of the denial of his § 3582(c)(2) motion is moot." *United*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-50131

*States v. Booker*, 645 F.3d 328, 328 (5th Cir. 2011). Harding's appellate arguments pertain only to the denial of relief under § 3582(c)(2) as related to the term of his imprisonment, and he makes no challenge to his term of supervised release. Accordingly, the appeal is DISMISSED AS MOOT.